AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  JKB-19-0283 |
| LATONYA HAYES | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___ 07/12/2019 ___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Jose Molina
*Printed name of defendant's attorney*

_____
*Judge's signature*

James K. Bredar United States District Judge
*Judge's printed name and title*