**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. JKB-19-0283** |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **LATONYA HAYES** | : | |

…o0o…

**MOTION TO SEAL GOVERNMENT'S SENTENCING MEMORANDUM**

The Government requests that the Court order that the attached Sentencing Memorandum, and this Motion and Order be sealed until further order of the Court, and in support says as follows:

1.    The above captioned ███████████████████████████████████ ██████████████████████████████████████████████.

2.    ██████████████████████████████████████ ████████████████████████████████████████████████ ████████.

3.    ██████████████████████████████████████ ██████████████████████████████████████████████████.

4.    ██████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████.

5.    ██████████████████████████████████████ ████████████████████.

1

WHEREFORE, the Government respectfully moves to seal the Sentencing Memorandum, and this Motion to Seal and Order ████████████████████████████████ ████ .

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
James T. Wallner
Assistant United States Attorney

2